IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFFREY W. EDWARDS                                                                                   PETITIONER

v.                                          Case No.  6:21-cr-6103

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                        RESPONDENT

**ORDER**

    Before the Court is the Report and Recommendation filed October 19, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12.  Judge Bryant recommends that Jeffrey W. Edwards' Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody be dismissed as a second or successive § 2254 petition.  Judge Bryant further recommends that Edwards' Petition for Writ of Mandamus (ECF No. 11) be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Edwards' § 2254 Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED**, and his Petition for Writ of Mandamus (ECF No. 11) is **DENIED**.

    When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  *See* Rule 11, Rules Governing § 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  To make such a showing, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In this case, the

Court finds no issue on which Petitioner has made a substantial showing of a denial of a constitutional right. Accordingly, the Court will not issue a certificate of appealability in this matter.

Further, because Edwards has attempted to circumvent the well-established rules in filing § 2254 petitions and has failed to comply with the requirement that he seek leave prior to filing a second or successive § 2254 petition, the Court finds that Edwards is **BARRED** from any further filings with the Court without first seeking leave to file.

**IT IS SO ORDERED**, this 16th day of November, 2021.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge